# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 4, 2013

### NO. 03-12-00754-CR

**Kelly Ostrander, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN**
**AFFIRMED -- OPINION BY JUSTICE ROSE**

---

This is an appeal from the judgment signed by the trial court on August 2, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment. Therefore, the Court affirms the trial court's judgment.

Because appellant is indigent and unable to pay costs, no adjudication of costs is made.